```
                                  UNITED STATES DISTRICT COURT
                                  SOUTHERN DISTRICT OF FLORIDA

                                  CASE NO.  09-60103-CIV-JORDAN
                                  MAGISTRATE JUDGE P.A. WHITE
DENNIS V. BAKER,              :

       Plaintiff,             :

v.                            :       REPORT THAT CASE IS
                                         READY FOR TRIAL
DEPUTY JEFFREY COHEN, et al., :

       Defendants.            :
_____
```

In this *pro se* civil rights action pursuant to 42 U.S.C. §1983 filed by plaintiff Baker, a separate Report has been entered this date recommending, for reasons stated therein, that defendants' joint Motion for Summary Judgment (DE#35) be granted, in part, and denied, in part.

After a Preliminary Report and Order adopting it (DE#s 7, 21) the case was pending against Deputy Cohen, Lt. Cedeno, and Deputy Sprouse [a K-9 officer], all employees of the Broward Sheriff's Office ("BSO"), on claims of alleged use of excessive force in the course of Baker's 2/7/2007 arrest, first at the scene of Baker's initial encounter with police after a traffic stop, and later at a second location after Baker had fled in a vehicle and then on foot. At the first location, Cohen allegedly used excessive force (striking Baker, and tasing him), and Cedeno allegedly failed to intervene. At the second location, where Baker was tracked by a police dog and was found hiding in a car, officer Sprouse allegedly used excessive force (K-9 force), and Cohen, who had responded from the first location, allegedly failed to intervene.

The Report on defendants' summary motion (DE#35) recommends that it be granted with respect to all claims and defendants, except for a claim regarding reasonableness of Sprouse's use of K-9 force once Baker was removed from the car in which he hid, and regarding Cohen's alleged related failure to intervene. The parties have filed pretrial statements (DE#s 25, 28). The case is otherwise now at issue; and the parties have not consented to trial before a Magistrate Judge pursuant to 28 U.S.C. §636(c). The undersigned respectfully recommends that this case be placed on the trial calendar of the District Judge.

Dated: August <u>4th</u>, 2010.

                                                   UNITED STATES MAGISTRATE JUDGE

cc: The Honorable Adalberto Jordan,
    United States District Judge

    Dennis V. Baker, <u>Pro Se</u>
    DC# 829470
    Century Correctional Institution
    400 Tedder Road
    Century, FL 32535-3655

    Louis Reinstein, Esquire
    Richard Thomas Wolfe, Esquire
    Bunnell, Woulfe, Kirschbaum,
      Keller, McIntyre, and Gregorie P.A.
    100 SE 3rd Avenue, Suite 900
    Fort Lauderdale, FL 33394