UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO. 09-60103-CIV-JORDAN

| | |
|---|---|
| DENNIS V. BAKER | ) |
| Plaintiff | ) ) ) |
| vs. | ) ) |
| DEPUTY JEFFREY COHEN, et al. | ) ) |
| Defendants | ) ) |

**ORDER ADOPTING R&R IN PART & GRANTING SUMMARY JUDGMENT IN PART**

Following a *de novo* review of the record, I adopt Magistrate Judge White's report and recommendation [D.E. 49], except as to the claim concerning the alleged failure to intervene by Deputies Sprouse and Cohen. Accordingly, the summary judgment motion of Deputies Sprouse and Cohen [D.E. 35] is granted as to all claims except the claim concerning the alleged failure to intervene.

As to the failure to intervene claim, the alternative motion of Deputies Sprouse and Cohen to file a supplemental summary judgment motion [D.E. 46-2] is granted. Deputies Sprouse and Cohen have until September 10, 2010, to file a supplemental motion for summary judgment on this remaining claim. No extensions of time will be granted in light of the trial date in October.

DONE and ORDERED in chambers in Miami, Florida, this 26th day of August, 2010.

_____
Adalberto Jordan
United States District Judge

Copy to:   Magistrate Judge White

All counsel of record

Dennis Baker, pro se
DC # 82940
Century Correctional Institution
400 Tedder Road
Century, FL 32535